IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No.  4:22-CV-02663 |
| FM 529 SQUARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KIRK MACKEY and Defendant, FM 529 SQUARE, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 15th day of December, 2022.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/ Maryalyce Cox*
Maryalyce Cox, Esq.
State Bar No. 24009203
Mehaffy Weber
500 Dallas, Suite 2800
Houston, TX  77002
Email:  MaryalyceCox@mehaffyweber.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2022, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL